NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3047

JAMES R. COATS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in case no. SF4324090585-I-1.

ON MOTION

O R D E R

Upon consideration of James R. Coats' motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

JAN 0 7 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:    James R. Coats
       David F. D'Alessandris, Esq.

s20

ISSUED AS A MANDATE:    JAN 0 7 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 7 2010

JAN HORBALY
CLERK